IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00907-ZLW-BNB

DAVID CRAIG,

    Plaintiff,

v.

AUDIT SYSTEMS, INC., a Florida corporation,

    Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by his undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or its own attorney's fees and costs.

Dated: May 25, 2007.

                                                     s/ David M. Larson
                                                   David M. Larson, Esq.
                                                   Attorney for the Plaintiff
                                                   405 S. Cascade Avenue Suite 305
                                                   Colorado Springs, CO 80903
                                                   (719) 473-0006