**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00907-ZLW-BNB

DAVID CRAIG,

       Plaintiff,

v.

AUDIT SYSTEMS, INC., a Florida corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

Pursuant to and in accordance with the Notice of Dismissal With Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, it is

ORDERED that this case is dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

DATED at Denver, Colorado, this  30  day of May, 2007.

       BY THE COURT:

       *Zita L. Weinshienk*
       ZITA L. WEINSHIENK, Senior Judge
       United States District Court